Miles F. Ehrlich (CSB 237954)
Karli Sager (CSB 234819)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com

Attorneys for Defendant
Kurt S. Hovan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES**, <br><br> Plaintiff; <br><br> vs. <br><br> **KURT S. HOVAN**, <br><br> Defendant. | Case No.: CR-11-0699 RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

  Defendant Kurt Hovan is charged with mail fraud (18 U.S.C. § 1341) and obstruction (18 U.S.C. § 1505). After appearing voluntarily for his initial appearance and arraignment on October 18, 2011 and surrendering his U.S. passport, he was placed on a $25,000 unsecured bond with Pretrial Services supervision. The current bond allows Mr. Hovan to travel freely throughout the United States, and permits him to travel internationally if he receives advance approval from the Court. Mr. Hovan has complied fully with all conditions of release. The next hearing, a status conference, is set for December 13, 2011.

1  Mr. Hovan requests that the conditions of release be modified to permit him to
2  travel for work-related purposes to Zurich, Switzerland, and then to London, England
3  during the period from December 17, 2011 through December 23, 2011. From London,
4  he will travel to Connecticut for personal reasons from December 23, 2011 through
5  December 30, 2011. The Government and the Pretrial Services Office do not oppose this
6  request.
7  The parties agree that Mr. Hovan should be permitted to retrieve his passport
8  from the ~~Clerk's~~ Pretrial Services- JCS Office so that he can travel internationally upon satisfaction of the
9  following condition: that he provides Pretrial Services with a full travel itinerary,
10 including any flight and hotel information.
11 Upon satisfaction of this condition, Pretrial Services shall confirm to the Clerk's
12 Office in writing that the condition has been satisfied, at which time Mr. Hovan's
13 passport shall be returned to him, and he shall be permitted to travel to Zurich, London,
14 and Connecticut in accordance with this Order. Upon Mr. Hovan's return to California,
15 he shall once again be required to surrender his passport to ~~the Clerk's Office~~ Pretrial Services - JCS on or before
16 January 6, 2012. And finally, the parties agree that all of the remaining conditions of Mr.
17 Hovan's original bond shall remain in effect.
18 AUSA Doug Sprague and Pretrial Services Officer Kenneth J. Gibson both concur
19 in this stipulation.
20 **SO STIPULATED.**
21
22 _____      _____/S/_____
23 DATED                               Miles Ehrlich
                                       Attorney for Kurt Hovan
24
25 _____      _____/S/_____
   DATED                               Doug Sprague
26                                     Assistant United States Attorney
27
28

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE, *U.S. v. HOVAN*, CR-11-0699 RS

1  SO ORDERED.

2  <u>  12/5/11               </u>                    <u>                                        </u>
3  DATED                                             JOSEPH C. ~~SPERO~~
4                                                    United States Magistrate Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

- 3 -

Stipulation and [~~Proposed~~] Order to Modify Conditions of Release, *U.S. v. Hovan*, CR-11-0699 RS