UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0699 RS |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| v. | ) | |
| KURT S. HOVAN, | ) | Honorable Richard Seeborg |
| Defendant. | ) | |

For the reasons set forth in the Stipulation and Request to Continue Sentencing, IT IS HEREBY ORDERED THAT sentencing in this matter is continued from May 15, 2012, to June 19, 2012, at 2:30 p.m.

DATED:     May __7__, 2012

_____
RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE