Miles F. Ehrlich (CSB 237954)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com

Attorney for Defendant
Kurt S. Hovan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff;<br><br>vs.<br><br>KURT S. HOVAN,<br><br>    Defendant. | Case No.: CR-11-0699-1 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PROBATION CONDITIONS TO ALLOW TEMPORARY WORK-RELATED TRAVEL**<br><br>Court:  Judge Richard Seeborg |

    The defendant, Kurt Hovan, and the government, through their respective counsel Miles Ehrlich and Assistant United States Attorney Doug Sprague, hereby stipulate and request that this Court issue an order modifying Mr. Hovan's conditions of probation to permit him to travel for four days to the Southern District of Florida so that he can attend a work conference in Miami, Florida from January 30, 2013 through February 2, 2013 (including travel time).  *See* 18 U.S.C. § 3563(c) (setting forth the Court's authority to "modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to [its] expiration or termination….").

    In order to ensure that the defendant serve the entire 12 months of home confinement to which he was sentenced, the parties further stipulate and request that the

**STIPULATION AND [PROPOSED] ORDER TO MODIFY PROBATION CONDITIONS**
*U.S. V. HOVAN*, **CR-11-0699-1 RS**

1  Court order the Probation Office to extend the period of home confinement and location
2  monitoring by an additional 4 days – beyond the 12 months already imposed – to
3  compensate fully for Mr. Hovan's work-related absence.
4      Mr. Hovan was sentenced to 5 years of probation, with a special condition of 12
5  months of home confinement and location monitoring (but without an ankle bracelet).
6  *See* Judgment in a Criminal Case, Case 3:11-cr-00699-RS (Docket # 26) at 3.  The
7  current conditions of his probation already authorize Mr. Hovan to be absent from his
8  residence with approval from the Probation Office for purposes of "work, education, any
9  counseling program, [and] medical appointments." *Id.* at 3.  Yet under the standard
10 conditions of probation, he is not permitted to leave the Northern District of California
11 "without permission of the court or probation officer." I*d.* at 2 (Standard Condition 1).
12      The Probation Office has been advised of this request and has no objection to
13 permitting Mr. Hovan to attend this work conference and to extending his period of
14 home confinement and location monitoring by an additional four days.
15 Dated: December 24, 2012                    Respectfully submitted,
16
17                                             ____/S/_____
                                               MILES EHRLICH
                                               RAMSEY & EHRLICH LLP
18                                             *Attorney for Kurt S. Hovan*
19
                                               MELINDA L. HAAG
20                                             UNITED STATES ATTORNEY
21
                                               ____/S/_____
22                                             DOUG SPRAGE
                                               ASSISTANT U.S. ATTORNEY
23
24      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the
25 defendant's conditions of probation be modified (1) to allow the defendant to travel to the
26 Southern District of Florida to attend a work conference in Miami, Florida for the 4-day
27 period from January 30, 2013 through February 2, 2013; and (2) that the Court order the
28

1  Probation Office to extend the period of home confinement and location monitoring by
2  an additional 4 days to account for the defendant's work-related absence.

5  Dated: 12/26/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE