Miles F. Ehrlich (CSB 237954)
Amy E. Craig (CSB 269339)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com

Attorneys for Defendant
Kurt S. Hovan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES**, <br><br> Plaintiff; <br><br> vs. <br><br> **KURT S. HOVAN**, <br><br> Defendant. | Case No.: CR-11-0699 RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF PROBATION** |

On June 19, 2012, Defendant Kurt Hovan was sentenced to 5 years of probation with a special condition including 12 months of home confinement, following his guilty plea to one count of mail fraud (18 U.S.C. § 1341). Mr. Hovan is currently under the supervision of the Probation Office.

Under the standard conditions of his probation, Mr. Hovan may not leave the Northern District of California without permission of the court or probation officer. Judgment at 2, Standard Condition 1. The Probation Office currently requires two weeks notice before Mr. Hovan is permitted to travel outside of the Northern District and 60 days notice before travel abroad.

In keeping with the conditions of his probation that mandate that Mr. Hovan "support his or her dependants and meet other family responsibilities," and "work regularly at a lawful occupation," (*Id.,* Standard Conditions 4 and 5), Mr. Hovan has been working at a trademark and patent law firm since his conviction. Mr. Hovan's job responsibilities require him to travel to attend meetings with existing and potential clients, often with little notice.

Accordingly, Mr. Hovan requests that the conditions of his probation be broadened to allow travel within California without notice and that the requisite notice periods for travel outside of California and abroad be shortened. Specifically, Mr. Hovan requests that Standard Condition 1 of his Probation be modified to allow Mr. Hovan to travel within California, rather than just the Northern District, without permission of the court or probation officer.

Mr. Hovan furthers requests that he be allowed to travel outside of California, but in the United States, provided he give one (1) day prior notice of his itinerary to the Probation Office, without the need for prior approval. For travel outside the United States, we ask that he be required to provide the Probation Office prior notice of one (1) week and his planned itinerary without the need for prior approval.

AUSA Doug Sprague concurs in this stipulation.

**SO STIPULATED.**

\_\_3/20/14_____     \_\_/s/_____
DATED                              Miles Ehrlich
                                          Attorney for Kurt Hovan

\_\_3/20/14_____     \_\_/s/_____
DATED                              Doug Sprague
                                          Assistant United States Attorney

SO ORDERED.

3/21/14
DATED

_____
RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PROBATION, *U.S. v. HOVAN*, CR-11-0699 RS